IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DEBRA BEYAH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: 1:06cv659 |
| ) | |
| WAL MART STORES, INC., ) | JURY DEMAND |
| ) | |
| Defendant. ) | |

## SUMMONS

TO DEFENDANT:   Wal-Mart Stores, Inc.
c/o Registered Agent
The Corporation Company
2000 Interstate Park Drive, Ste. 204
Montgomery, Alabama 36109

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff's attorney: Ann C. Robertson, WIGGINS, CHILDS, QUINN & PANTAZIS, P.C., The Kress Building, 301 19th Street North, Birmingham, Alabama 35203, a response to the Complaint which is herewith served upon you, within **TWENTY** (20) days after service of this Summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                              8/1/06
CLERK OF COURT                                              DATE
By: /s/ Austin
Deputy Clerk