**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **DEBRA BEYAH,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 1:06-CV-659 |
| | ) |
| **WAL-MART STORES, INC** | ) |
| | ) |
| Defendant. | ) |

**ENTRY OF APPEARANCE**

COMES NOW, Bobbie S. Crook, and hereby enters her appearance as counsel for the Plaintiff, Debra Beyah.

Respectfully submitted on this the 2nd day of August, 2006.

/s/ Bobbie S. Crook
**BOBBIE S. CROOK (CRO-040)**
**Attorney for Plaintiff**
367 South St. Andrews Street
Dothan, AL 36301
(334) 671-8062
(334) 677-2872
Email: bcrook100@aol.com

**OF COUNSEL:**

**ANN C. ROBERTSON**
**TEMPLE D. TRUEBLOOD**
**Wiggins, Childs, Quinn and Pantazis**
The Kress Building
301 19th Avenue North
Birmingham, AL 35203
(205) 328-0640