| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  *J. Hawson*   ☐ Agent  ☒ Addressee<br>B. Received by (Printed Name)  *S. Simson*   C. Date of Delivery  *8-2-06* |
| 1. Article Addressed to:<br><br>Wal-Mart Stores, Inc.<br>c/o Registered Agent<br>The Corporation Company<br>2000 Interstate Park Drive, Ste. 204<br>Montgomery, Alabama  36109 | D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br>*06 W 659<br>STC*<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☒ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number     7003 2260 0000 4755 4368 | |

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540