IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DEBRA BEYAH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:06cv659-CSC |
| | ) |
| WAL-MART STORES, INC., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Now pending before the court is the August 10, 2006, motion for enlargement of time to answer (doc. # 5) filed by the defendant. The plaintiff does not object to the extension of time. Accordingly, upon consideration of the motion and for good cause, it is

ORDERED that the motion for enlargement of time to answer (doc. # 5) be and is hereby GRANTED and the defendant's time to file a responsive pleading be and is hereby EXTENDED from August 22, 2006 until September 5, 2006.

Done this 11th day of August, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE