## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **DEBRA BEYAH,** | |
|     **Plaintiff,** | |
| **v.** | **CIVIL ACTION NO. 1:06-CV-659 CSC** |
| **WAL-MART STORES, INC.,** | |
|     **Defendant.** | |

### *DEFENDANT WAL-MART STORES EAST, L.P.'S CORPORATE DISCLOSURE STATEMENT*

Pursuant to Fed. R. Civ. P. 7.1, Defendant Wal-Mart Stores East, L.P. ("Defendant"), a nongovernmental corporate party, makes this required disclosure and states that it is a wholly-owned subsidiary of Wal-Mart Stores, Inc., and no parent corporation or publicly held corporation owns 10% or more of Wal-Mart Stores, Inc. stock. Defendant further states that Wal-Mart East, L.P. was Plaintiff's employer and, thus, it is the proper defendant to this action.

Respectfully submitted this 5th day of September 2006.

                                                s/ Charlotte K. McClusky
                                                ASB No. A57M5296
                                                Attorney for Wal-Mart Stores, Inc.
                                                LITTLER MENDELSON
                                                A Professional Corporation
                                                3348 Peachtree Road, N.E.
                                                Suite 1100
                                                Atlanta, Georgia 30326-1008
                                                Telephone (404) 233-0330
                                                Facsimile: (404) 233-2361
                                                E-Mail: cmcclusky@littler.com

2

        Scott A. Forman
(*pro hac vice* application pending)
Attorney for Wal-Mart Stores, Inc.
LITTLER MENDELSON
A Professional Corporation
2 South Biscayne Boulevard
One Biscayne Tower, Suite 1500
Miami, Florida 33131
Telephone: (305) 400-7500
Facsimile: (305) 603-2552
E-mail:  sforman@littler.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **DEBRA BEYAH,**<br><br>    **Plaintiff,**<br><br>**v.**<br><br>**WAL-MART STORES, INC.,**<br><br>    **Defendant.** | **CIVIL ACTION NO. 1:06-CV-659 CSC** |

*CERTIFICATE OF SERVICE*

I hereby certify that, on September 5, 2006, I electronically filed the foregoing *Defendant Wal-Mart Stores East, L.P.'s Corporate Disclosure Statement* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the attorneys of record.

s/ Charlotte K. McClusky
ASB No. A57M5296
Attorney for Wal-Mart Stores, Inc.
LITTLER MENDELSON
A Professional Corporation
3348 Peachtree Road, N.E.
Suite 1100
Atlanta, Georgia 30326-1008
Telephone (404) 233-0330
Facsimile: (404) 233-2361
E-Mail: cmcclusky@littler.com

Firmwide:81414618.1 015602.4972

3