RECEIVED

2006 SEP -7  A 11: 08

. P. HACKETT, C...
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DEBRA BEYAH,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC.,<br><br>Defendant. | CIVIL ACTION NO. 1:06-CV-659 CSC |

### *MOTION FOR ADMISSION OF SCOTT A FORMAN PRO HAC VICE*

COMES NOW Scott A. Forman, Esq. of Littler Mendelson, P.C., non-resident counsel for Defendant Wal-Mart Stores, Inc. ("Wal-Mart" or "Defendant"), and moves for admission *pro hac vice* in the above-captioned cause and states as follows:

1. Scott A Forman, Esq., is a shareholder of Littler, P.C., One Biscayne Tower, 2 South Biscayne Boulevard, Suite 1500, Miami, Florida 33131-1804, telephone: 305.400.7500, facsimile: 305.603.2552.

2. Charlotte K. McClusky, (AL Bar No. 5296A57M), an associate of Littler Mendelson, P.C., 3348 Peachtree Road, N.E., Suite 1100, Atlanta, Georgia, 30326-1008, telephone: 404.760.3917, facsimile: 713.951.9212, is counsel for Defendant Wal-Mart Stores, Inc. and the attorney with whom Mr. Forman shall be

1

associated in the above-captioned cause.

3. Mr. Forman is licensed to practice in the State of Florida; the U.S. Court of Appeals for the 11th Circuit; the U.S. District Courts for the Northern, Middle and Southern Districts of Florida; and the Northern, Southern and Eastern Districts of Texas; and is an active member in good standing in each jurisdiction.

4. Mr. Forman has not been the subject of disciplinary action by the Bar or courts of any jurisdiction in which he is licensed within the preceding five years.

5. Mr. Forman has not been denied admission to the courts of any state or to any federal court during the preceding five years.

6. Mr. Forman is familiar with the State Bar Act, the State Bar Rules, and the Alabama Disciplinary Rules of Professional Conduct governing the conduct of members of the State Bar of Alabama, and will at all times abide by and comply with the same so long as the above-captioned cause is pending and said Applicant has not withdraw as counsel therein.

7. Attached hereto is a Certificate of Good Standing issued to Scott A. Forman by the U.S. District Court for the Southern District of Florida.

WHEREFORE, Scott A. Forman, Esq., non-resident counsel for Defendant Wal-Mart Stores, Inc. prays for admission *pro hac vice* in the above-captioned cause.

Respectfully submitted this 5th day of September 2006.

_____
Scott A. Forman
Attorney for Wal-Mart Stores, Inc.
LITTLER MENDELSON
A Professional Corporation
2 South Biscayne Boulevard
One Biscayne Tower, Suite 1500
Miami, Florida 33131
Telephone: (305) 400-7500
Facsimile: (305) 603-2552
E-mail: sforman@littler.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| JULIE WILSON,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART STORES EAST, L.P.,<br><br>Defendant. | CIVIL ACTION NO. CV-06-S-0400 NE |

## CERTIFICATE OF SERVICE

I hereby certify that, on this 6th day of September, 2006, a true and correct copy of the *Motion For Admission of Scott A. Forman Pro Hac Vice* was mailed via U.S. Mail, with correct postage affixed, to the following counsel:

Ann C. Robertson, Esq.
Temple D. Trueblood, Esq.
Wiggins, Childs, Quinn & Pantazis, LLC
301 19th Street North
Birmingham, AL 35203

_____
Charlotte K. McClusky
Georgia Bar No. 484223
Attorney for Wal-Mart Stores East, L.P.
LITTLER MENDELSON
A Professional Corporation
3348 Peachtree Road, N.E., Suite 1100
Atlanta, Georgia 30326-1008
Telephone (404) 233-0330
Facsimile: (404) 233-2361
E-Mail: cmcclusky@littler.com

AO 136
(Rev. 6/82)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA



### CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

SOUTHERN DISTRICT OF FLORIDA

Fla. Bar. # **0065950**

I, **CLARENCE MADDOX**, Clerk of the United States District Court for the Southern District of Florida,

DO HEREBY CERTIFY that *Scott Alan Forman* was duly admitted to practice in said Court on **01/19/96**, and is in good standing as a member of the bar of this Court.

Dated at: **Miami, Florida**, this August 23, 2006

CLARENCE MADDOX
Court Administrator • Clerk of Court

By _____
Deputy Clerk

.sk.5/2002