IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DEBRA BEYAH,<br><br>      Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC.,<br><br>      Defendant. | CIVIL ACTION NO. 1:06CV659-CSC |

*NOTICE OF APPEARANCE*

Pursuant to the Court's September 15, 2006 Order (Doc. # 10), Scott A. Forman hereby files his Notice of Appearance in this action as lead counsel of record on behalf of Defendant Wal-Mart Stores, Inc.

Respectfully submitted this 19th day of September 2006.

            s/ Scott A. Forman
            (admitted *pro hac vice*)
            Attorney for Wal-Mart Stores, Inc.
            LITTLER MENDELSON
            A Professional Corporation
            2 South Biscayne Boulevard
            One Biscayne Tower, Suite 1500
            Miami, Florida 33131
            Telephone: 305.400.7500
            Facsimile: 305.603.2552
            E-mail: sforman@littler.com

            s/ Charlotte K. McClusky
            ASB No. A57M5296
            Attorney for Wal-Mart Stores, Inc.
            LITTLER MENDELSON, P.C.
            3348 Peachtree Road N.E., Suite 1100
            Atlanta, Georgia 30326
            Telephone: 404.233.0330
            Facsimile: 404.233.2361
            E-mail: cmcclusky@littler.com

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DEBRA BEYAH,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC.,<br><br>　　　　Defendant. | CIVIL ACTION NO. 1:06CV659-CSC |

*CERTIFICATE OF SERVICE*

　　　　I hereby certify that, on September 19, 2006, I electronically filed the foregoing *Notice of Appearance* with the Clerk of Court using the CM/CEF system, which will send notification of such filing to the attorneys of record.

　　　　　　　　　　　　　　　　　　　　s/ Charlotte K. McClusky
　　　　　　　　　　　　　　　　　　　　ASB No. A57M5296
　　　　　　　　　　　　　　　　　　　　Attorney for Wal-Mart Stores, Inc.
　　　　　　　　　　　　　　　　　　　　LITTLER MENDELSON, P.C.
　　　　　　　　　　　　　　　　　　　　3348 Peachtree Road N.E., Suite 1100
　　　　　　　　　　　　　　　　　　　　Atlanta, Georgia 30326
　　　　　　　　　　　　　　　　　　　　Telephone: 404.233.0330
　　　　　　　　　　　　　　　　　　　　Facsimile: 404.233.2361
　　　　　　　　　　　　　　　　　　　　E-mail: cmcclusky@littler.com

Firmwide:81492294.1 015602.4972