IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

DEBRA BEYAH, )
    Plaintiff, )
)
v. ) CIVIL ACTION NO. 1:06cv659-CSC
)
WAL-MART STORES, INC., )
    Defendant. )

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

_9/20/06_
Date

_[signature]_
Signature

_DEBRA BEYAH_
Counsel For (**print** name of all parties)

_301 19TH STREET N. | B'HAM AL 35203_
Address, City, State Zip Code

_(205) 314-0500_
Telephone Number

**DO NOT ELECTRONICALLY FILE THIS DOCUMENT**