IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

DEBRA BEYAH, )
)
    Plaintiff, )
)
v. )  CIVIL ACTION NO. 1:06cv659-CSC
)
WAL-MART STORES, INC., )
)
    Defendant. )

RECEIVED

2006 SEP 19 P 1: 13

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

September 18, 2006
Date

Charlotte K. McCurley
Signature
ASB No. A57M5296

Wal-Mart Stores, INC.
Counsel For (**print** name of all parties)

Littler Mendelson, P.C.
3348 Peachtree Street, NE
Address, City, State Zip Code
Suite 1100
Atlanta, GA 30326
404.733.0330
Telephone Number

## DO NOT ELECTRONICALLY FILE THIS DOCUMENT