IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DEBRA BEYAH, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 1:06cv659-CSC |
| | ) |
| WAL-MART STORES, INC.,, | ) |
| | ) |
|    Defendants. | ) |

**ORDER**

Now pending before the court is the January 15, 2007, motion to amend (doc. # 17) filed by the plaintiff. The motion is timely and the defendant does not object to the motion to amend. Accordingly, upon consideration of the motion and for good cause, it is

ORDERED that the motion to amend (doc. # 17) be and is hereby GRANTED.

Done this 16th day of January, 2007.

                                    /s/Charles S. Coody
                                    CHARLES S. COODY
                                  CHIEF UNITED STATES MAGISTRATE JUDGE