IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DEBRA BEYAH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:06cv659-CSC |
| | ) |
| WAL-MART STORES, INC., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Now pending before the court is the January 31, 2007, motion to continue the trial and all pretrial deadlines (doc. # 21) filed by the defendant. The defendant asserts that a continuance is necessary because trial counsel will be in a lengthy trial beginning on February 12, 2007. This case is set for trial beginning on October 1, 2007. Accordingly, upon consideration of the motion, it is

ORDERED that the motion to continue (doc. # 21) be and is hereby DENIED.

Done this 31st day of January, 2007.

                                            /s/Charles S. Coody
                                       CHARLES S. COODY
                                       CHIEF UNITED STATES MAGISTRATE JUDGE