# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| DEBRA BEYAH, | |
| Plaintiff, | |
| v. | CIVIL ACTION NO. 1:06-CV-00659-CSC |
| WAL-MART STORES EAST, L.P. | |
| Defendant. | |

### *NOTICE OF TAKING DEPOSITION OF DEBRA BEYAH*

**TO:** Debra Beyah
c/o Ann C. Robertson, Esq.
Temple D. Trueblood, Esq.
Wiggins, Childs, Quinn & Pantazis, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203

PLEASE TAKE NOTICE that Pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendant Wal-Mart Stores East, L.P. will take the deposition of Plaintiff Debra Beyah beginning at **9:00 a.m.** on **March 23, 2007**, at the offices of Bobbie S. Crook, P.C., 367 South St. Andrews Street, Dothan, AL 36301, and continuing from day to day thereafter, if necessary, until completed. This deposition will be conducted by oral examination before an officer duly authorized to administer oaths, and it will be recorded by stenographic means.

Plaintiff shall produce for inspection and copying at her deposition originals of all documents in her possession or under her control that were reviewed by Plaintiff in preparation for this deposition, or that relate to any allegation contained in the Complaint filed in this action.

Respectfully submitted this 8th day of March 2007.

        s/ Scott A. Forman
        (admitted *pro hac vice*)
        Attorney for Wal-Mart Stores, Inc.
        LITTLER MENDELSON
        A Professional Corporation
        2 South Biscayne Boulevard
        One Biscayne Tower, Suite 1500
        Miami, Florida 33131
        Telephone: 305.400.7500
        Facsimile: 305.603.2552
        E-mail: sforman@littler.com

        s/ Charlotte K. McClusky
        ASB No. A57M5296
        Attorney for Wal-Mart Stores, Inc.
        LITTLER MENDELSON, P.C.
        3348 Peachtree Road N.E., Suite 1100
        Atlanta, Georgia 30326
        Telephone: 404.233.0330
        Facsimile: 404.233.2361
        E-mail: cmcclusky@littler.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| DEBRA BEYAH,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WAL-MART STORES EAST, L.P.<br><br>　　　　Defendant. | CIVIL ACTION NO. 1:06-CV-00659-CSC |

**CERTIFICATE OF SERVICE**

I hereby certified that on March 8, 2007, I electronically filed the foregoing ***NOTICE OF TAKING DEPOSITION OF DEBRA BEYAH*** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Ann C. Robertson
Temple D. Trueblood
Wiggins, Childs, Quinn & Pantazis, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203

　　　　　　　s/ Charlotte K. McClusky
　　　　　　　ASB No. A57M5296
　　　　　　　Attorney for Wal-Mart Stores, Inc.
　　　　　　　LITTLER MENDELSON, P.C.
　　　　　　　3348 Peachtree Road N.E., Suite 1100
　　　　　　　Atlanta, Georgia 30326
　　　　　　　Telephone: 404.233.0330
　　　　　　　Facsimile: 404.233.2361
　　　　　　　E-mail: cmcclusky@littler.com

Firmwide:82146252.1 015602.4972