**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **DEBRA BEYAH,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **CIVIL ACTION NO.:** |
| | ) | **1:06-cv-00659-CSC** |
| **WAL MART STORES, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT MOTION FOR EXTENSION OF DISCOVERY AND
DISPOSITION MOTION DEADLINES, AND STAY OF CASE FOR MEDIATION**

COMES NOW the Plaintiff, Debra Beyah, and the Defendant, Wal Mart Stores, Inc., and jointly move this Honorable Court to extend the discovery and dispositive motion deadlines forty-five (45) days, and stay the above-styled cause for mediation. In support of this motion, the parties state as follows:

1. Pursuant to the Court's Scheduling Order, the dispositive motion deadline is May 30, 2007 and the discovery deadline is August 14, 2007.

2. Extensive paper discovery has been conducted, the deposition of the plaintiff has been taken, and the plaintiff has taken two depositions and has re-noticed depositions of six (6) individuals to be taken on May 30 and June 1, 2007. The depositions are taking longer than originally anticipated and may or not be completed on these two dates. However, sufficient discovery has been completed for the parties to conclude that mediation may be productive at this point in the litigation.

3. The parties request a stay in the case for mediation purposes to avoid incurring additional legal fees and expenses, which may hinder settlement negotiations.

4. The parties request this Court extend the current discovery deadline and dispositive motion deadline by forty-five (45) days, the dispositive motion deadline to be extended to July 16, 2007, and the discovery deadline to be extended to September 28, 2007. The parties are not requesting an extension of the present trial date set for October 1, 2007.

5. The parties do not anticipate that any further extensions will be necessary.

6. Counsel for the defendant has reviewed this Motion and has given counsel for the plaintiff permission to submit her electronic signature hereon.

WHEREFORE, the parties jointly move the Court to enter an order granting the extension of the discovery and dispositive motion deadlines, and for stay of the case for mediation as set out herein.

Respectfully submitted,

s/ Ann C. Robertson
Ann C. Robertson
Temple D. Trueblood
Attorneys for the Plaintiff

OF COUNSEL:

WIGGINS, CHILDS, QUINN & PANTAZIS, L.L.C.
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
(205)314-0500

CO-COUNSEL:

Bobbie S. Crook, Esq.
367 South St. Andrews Street
Dothan, AL 36301
(334) 671-8062

                                                s/ Charlotte K. McClusky
                                                Charlotte K. McClusky
                                                Attorney for the Defendant

Charlotte K. McClusky
LITTLER MENDELSON
A Professional Corporation
3348 Peachtree Road, N.E.
Suite 1100
Atlanta, Georgia 30326-1008
(404) 233-0330

CO-COUNSEL:

Scott A. Forman, Esq.
LITTLER MENDELSON
A Professional Corporation
2 South Biscayne Blvd.
One Biscayne Tower, Ste. 1500
Miami, Florida 33131
(305) 400-7500