IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DEBRA BEYAH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.  1:06cv659-CSC |
| ) | |
| WAL-MART STORES, INC.,, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

The parties filed on May 18, 2007, a joint motion to extend the deadline for filing dispositive motions and to extend discovery. (Doc. # 25).  Under the existing scheduling order, the pre-trial hearing in this case is set for August 28, 2007.  The dispositive motion deadline is 90 days prior to the pretrial conference.  The existing deadline established by the uniform scheduling order insures that the parties have a reasonable period of time to conduct discovery and prepare motions and that the court will have sufficient time to fully and properly consider issues raised on a motion for summary judgment.  The deadlines also facilitate the court reaching a decision on the motion prior to the time set for the pretrial conference. While the court is willing to afford the parties additional time to file dispositive motions, the parties should understand that dispositive motions filed after the original deadline may not be determined prior to the pretrial hearing because the court will give priority to those matters which have been filed in accordance with the original schedule established by the court.  With that understanding, it is

ORDERED as follows:

1. The parties be and are hereby GRANTED an extension to and including July 16, 2007, to file dispositive motions.

2. The parties be and are hereby GRANTED an extension to complete discovery on or before September 28, 2007.

    3.  To the extent the parties request a stay of the proceedings, the motion be and is hereby DENIED.

    Done this 22nd day of May, 2007.

                                         /s/Charles S. Coody
                                        CHARLES S. COODY
                                        CHIEF UNITED STATES MAGISTRATE JUDGE