**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **DEBRA BEYAH,** | ) |
| | ) |
|    **Plaintiff,** | ) |
| | ) |
| v. | )    **CIVIL ACTION NO.: 1:06-CV-659** |
| | ) |
| **WAL-MART STORES, INC** | ) |
| | ) |
|    **Defendant.** | ) |

### NOTICE OF MEDIATION

COMES NOW, the Petitioner, by and through the undersigned counsel, and as a follow up to the May 18, 2007, Joint Motion for Extension (Document #25), hereby notifies this Honorable Court that Mediation has been scheduled for July 6, 2007.

Respectfully submitted on this the __5th__ day of July, 2007.

          /s/ Bobbie S. Crook
**BOBBIE S. CROOK (CRO-040)**
**Attorney for Plaintiff**
367 South St. Andrews Street
Dothan, AL 36301
(334) 671-8062
(334) 677-2872
Email: bcrook100@aol.com

**OF COUNSEL:**

**ANN C. ROBERTSON**
**TEMPLE D. TRUEBLOOD**
**Wiggins, Childs, Quinn and Pantazis**
The Kress Building
301 19th Avenue North
Birmingham, AL 35203
(205) 328-0640

**CERTIFICATE OF SERVICE**

    I hereby certify that on this the 5th day of July, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Charlotte McClusky
LITTLER MENDELSON
A Professional Corporation
3348 Peachtree Road, N.E.
Suite, 1100
Atlanta, Georgia 30326-1008

Scott A. Forman
LITTLER MENDELSON
A Professional Corporation
2 South Biscayne Blvd.
One Biscayne Tower, Ste. 1500
Miami, Florida 33131

                                                /s/ Bobbie S. Crook
                                                OF COUNSEL