IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DEBRA BEYAH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:06cv659-CSC |
| ) | |
| WAL-MART STORES, INC.,, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

The parties filed on July 9, 2007, a joint motion to extend the deadline for filing dispositive motions. (Doc. # 29). Under the existing scheduling order, the pre-trial hearing in this case is set for August 28, 2007. The dispositive motion deadline is 90 days prior to the pretrial conference. The existing deadline established by the uniform scheduling order insures that the parties have a reasonable period of time to conduct discovery and prepare motions and that the court will have sufficient time to fully and properly consider issues raised on a motion for summary judgment. The deadlines also facilitate the court reaching a decision on the motion prior to the time set for the pretrial conference. While the court is willing to afford the parties additional time to file dispositive motions, the parties should understand that dispositive motions filed after the original deadline may not be determined prior to the pretrial hearing because the court will give priority to those matters which have been filed in accordance with the original schedule established by the court. With that understanding, it is

ORDERED that the motion be and is hereby GRANTED and that the deadline for filing dispositive motion be and is hereby extended to July 30, 2007.

Done this 10th day of July, 2007.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE