IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Southern DIVISION

Debra Beyah,

Plaintiff,

v.

Wal-Mart Stores, Inc.,

Defendants,

CASE NO. 1:06-cv-00659-CSC

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW Debra Beyah, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

■ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

Reportable Entity                         Relationship to Party

_____          _____
_____          _____
_____          _____

_____          _____
7/11/2007                                    /s/ Temple D. Trueblood
Date                                            (Signature)

Temple D. Trueblood
(Counsel's Name)

Debra Beyah (Plaintiff)
Counsel for (print names of all parties)
Wiggins, Childs, Quinn & Pantazis, LLC
301 19th Street North; Birmingham, Alabama 35203
Address, City, State Zip Code
(205) 314-0500
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Southern DIVISION

## CERTIFICATE OF SERVICE

I, Temple D. Trueblood, counsel for Plaintiff, do hereby Certify that a true and correct copy of the foregoing has been furnished by notification via the CM/ECF system (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 11th day of July 20 07, to:

Charlotte K. McClusky, LITTLER MENDELSON, P.C.

3348 Peachtree Road, N.E. Suite 1100; Atlanta, Georgia 30326-1008


Scott A. Forman, LITTLER MENDELSON, P.C.

2 South Biscayne Blvd.; One Biscayne Tower, Ste. 1500; Miami, Florida 33131


7/11/2007                                              /s/ Temple D. Trueblood
            Date                                                  Signature