## UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                         TELEPHONE (334) 954-3600

NOTICE OF ERROR

To: Counsel of Record

Case Style: Beyah v. Wal-Mart Stores East, L.P.

Case Number:  1:06-cv-00659-CSC

Referenced Docket Entry - *** Corporate/Conflict Disclosure Statement  - Doc.  No.31

The referenced docket entry was filed by Clerk's office with  ERROR  on ***July 11, 2007***   and is being STRICKEN from the docket.  This resulted on the docket sheet because the PDF was incorrect.  Please DISREGARD this docket entry.  See doc. 32 for corrected pdf.

Case 1:06-cv-00659-CSC    Document 33    Filed 07/11/2007    Page 2 of 2