IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DEBRA BEYAH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:06cv659-CSC |
| ) | |
| WAL-MART STORES, INC.,, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

For good cause, it is

ORDERED that the final pretrial conference set for August 28, 2007, be and is hereby RESET for August 27, 2007, at 10:30 a.m. in Courtroom 4B, United States Courthouse, One Church Street, Montgomery, Alabama.

Done this 13th day of August, 2007.

      /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE