IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DEBRA BEYAH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) CIVIL ACTION NO.: 1:06-CV-659 |
| | ) |
| WAL-MART STORES EAST, L.P. | ) |
| | ) |
| Defendant. | ) |

## VOLUNTARY STIPULATION FOR DISMISSAL WITH PREJUDICE

COME NOW, the Plaintiff, DEBRA BEYAH, and Defendant, WAL-MART STORES, INC., by and through their undersigned counsel, and pursuant to Rule 41 of the Federal Rules of Civil Procedure, jointly stipulate and agree to dismiss with prejudice the above referenced case in its entirety.

Respectfully submitted on this the 16th day of August, 2007.

Counsel for Plaintiff:

*signature*

**BOBBIE S. CROOK (CRO-040)**
**Attorney for Plaintiff**
367 South St. Andrews Street
Dothan, AL 36301
(334) 671-8062
(334) 677-2872
Email: bcrook100@aol.com

Co-Counsel for Plaintiff:

WIGGINS, CHILDS, QUINN & PANTAZIS

*signature*

Ann C. Robertson (ROB-016)
Temple D. Trueblood
The Kress Building
301 19th Avenue North
Birmingham, AL 35203
205-314-0500
205-254-1500
arobertson@wcqp.com
ttrueblood@wcqp.com

| Counsel for Defendant: | Counsel for Defendant: |
|---|---|
| */s/ Charlotte McClusky* | */s/ Scott A. Forman* |
| Charlotte McClusky | Scott A. Forman |
| LITTLER MENDELSON | LITTLER MENDELSON |
| A Professional Corporation | A Professional Corporation |
| 3348 Peachtree Road, N.E. | 2 South Biscayne Blvd. |
| Suite, 1100 | One Biscayne Tower, Ste. 1500 |
| Atlanta, Georgia 30326-1008 | Miami, Florida 33131 |
| 404-760-3917 | |
| 404-759-2315 | |
| CMcClusky@littler.com | |